IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHERYL HARRIS, | CASE NO. 3:17CV0317 |
| Plaintiff, | |
| v. | MAGISTRATE JUDGE OVINGTON |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act (Doc. #18) is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $4,600.00 and costs in the amount of $0.00, for a total of $4,600.00;

2. Counsel for the parties shall verify whether or not Plaintiff owes a pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

Date: April 3, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge